# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-118-544**

Effective date of registration:

October 4, 2012

## Title
Title of Work: URBAN DESIGN - 30

## Completion/Publication
Year of Completion: 2012

## Author
Author: Urban Textile
Author Created: 2-D artwork
Work made for hire: Yes
Citizen of: United States          Domiciled in: United States

## Copyright claimant
Copyright Claimant: Urban Textile
3700 South Santa Fe Ave., Vernon, CA, 90058, United States

## Rights and Permissions
Organization Name: Urban Textile
Name: Tae O Chong
Email: urbantextileinc@gmail.com
Address: 3700 South Santa Fe Ave.
Vernon, CA 90058 United States

## Certification
Name: Tae O Chong
Date: October 4, 2012